IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARSBIA VAN TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 96-P-0368-S |
| ) | |
| KEITH W. VEIGAS, JR., ROBERT J. ) | |
| VARLEY, WILLIAM V. GOODWIN, ) | |
| THE CITY OF BIRMINGHAM POLICE ) | |
| DEPARTMENT, OFFICER MITCHELL, ) | |
| OFFICER MASON AND OFFICER ) | |
| ALBRIGHT, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections filed by the plaintiff, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this case is due to be dismissed. An appropriate order will be entered.

DONE, this _21st_ day of April, 1998.

SAM C. POINTER, JR.,
CHIEF UNITED STATES DISTRICT JUDGE